1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Scott G. Lawson (Bar No. 174671)
2    scottlawson@quinnemanuel.com
   Patrick Doolittle (Bar No. 203659)
3    patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:   (415) 875-6600
5  Facsimile:   (415) 875-6700

6  Attorneys for Defendant
   International Business Machines Corporation
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 (SAN JOSE DIVISION)

11

12  MARY HELEN WOODSON,                    CASE NO. C 05-03939 JF
                                           CASE NO. C 05-3387 JF
             Plaintiff,
13                                         STIPULATION CONTINUING HEARING
     vs.                                   ON IBM'S MOTION TO DISMISS AND
14                                         CONTINUING CASE MANAGEMENT
    INTERNATIONAL BUSINESS MACHINES        CONFERENCE
15  CORPORATION and DOES ONE through
    TWENTY, Inclusive,
16
             Defendant.                    NOT SUBJECT TO E-FILING:
17                                         PLAINTIFF IS PRO SE

18

19

20       Pursuant to *Civil Local Rule* 6-1(a), plaintiff Mary Helen Woodson and defendant

21  International Business Machines Corporation ("IBM") stipulate as follows:

22       WHEREAS, IBM has filed a motion to dismiss in Case No. C 05-3939, which motion is

23  presently set for hearing on June 23, 2006;

24       WHEREAS, the Court has scheduled a further case management conference in Related

25  Case Nos. C 05-3939 and C 05-3387 for June 23, 2006;

26       WHEREAS, plaintiff is presently out-of-state for an undetermined period caring for a

27  family member and has requested that IBM agree to continue the hearing on its motion to dismiss

28  and further requested that IBM stipulate to continue the Case Management Conference;

1. WHEREAS, IBM has agreed to accommodate plaintiff's requests;

2. NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

3. 1. The hearing on IBM's motion to dismiss is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.;

5. 2. Neither party will submit additional briefing in connection with the Motion to Dismiss;

7. 3. The case management conference in Related Case Nos. C 05-3939 and C 05-3387 is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.

9. 4. IBM need not submit an additional case management conference statement in advance of this continued case management conference.

IT IS SO STIPULATED

DATED: June 20, 2006                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By_____
                                    Patrick Doolittle
                                    Attorneys for Defendant, International Business Machines Corporation

DATED: June ___, 2006               MARY HELEN WOODSON


                                    By_____
                                    Mary Helen Woodson


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 6-20-06

                                    _____
                                    Hon. Jeremy Fogel
                                    United States District Judge

-2-

STIPULATION CONTINUING HEARINGS

1  WHEREAS, IBM has agreed to accommodate plaintiff's requests;

2  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

3  1. The hearing on IBM's motion to dismiss is continued from June 23, 2006 to July
4  21, 2006 at 9:00 a.m.;

5  2. Neither party will submit additional briefing in connection with the Motion to
6  Dismiss;

7  3. The case management conference in Related Case Nos. C 05-3939 and C 05-3387
8  is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.

9  4. IBM need not submit an additional case management conference statement in
10 advance of this continued case management conference.

11 IT IS SO STIPULATED

12

13 DATED: June ___, 2006        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
14

15                              By_____
16                              Patrick Doolittle
                                Attorneys for Defendant, International Business
                                Machines Corporation
17

18
19 DATED: June 19, 2006         MARY HELEN WOODSON

20

21                              By /s/ Mary Helen Woodson
22                              Mary Helen Woodson

23

24 PURSUANT TO STIPULATION, IT IS SO ORDERED

25
   Dated: _____
26

27                              _____
                                Hon. Jeremy Fogel
28                              United States District Judge

-2-

STIPULATION CONTINUING HEARINGS