UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARY HELEN WOODSON, | ) | Case No.: C 05-3387 JF (PVT) |
| Plaintiff, | ) ) ) | **ORDER OF RECUSAL FROM CONDUCTING SETTLEMENT CONFERENCES ONLY** |
| v. | ) ) | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | **(No related docket number)** |
| Defendant. | ) ) | |

    IT IS HEREBY ORDERED that, due to my current involvement in hearing discovery motions in this case, I hereby recuse myself from conducting any settlement conferences in this matter. I will remain the referral magistrate judge for all discovery matters. When informed of my recusal from settlement proceedings at a hearing today, Defendant requested that the settlement conference be referred to Magistrate Judge Seeborg, and Plaintiff did not object. Defendant shall promptly submit to Judge Fogel a request for referral to Magistrate Judge Seeborg for settlement, with a copy of this order of recusal attached.

Dated: *11/14/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

<u>copies mailed on</u>             to:

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134

D Scott G. Lawson, Esq.
Patrick C. Doolittle, Esq.
Jennie L. Wang, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street, 22nd Floor
San Francisco, CA 94111

_____
CORINNE LEW
Courtroom Deputy

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*