**Original Filed 12/22/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY HELEN WOODSON,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES, et al.,<br><br>    Defendants. | Case Number C 05-3387 JF (PVT)<br><br>ORDER[1] GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND TO CHANGE TIME<br><br>[re: docket no. 71] |

On December 19, 2006, Plaintiff moved for administrative relief and an extension of time due to health problems. Plaintiff filed a letter provided by Kaiser Permanente stating that it should take approximately ninety days for Plaintiff to adjust to her new medications. Plaintiff also moved "to be permitted to conduct discovery, since she did not know that Defendant intended to conduct extensive discovery prior to her deposition."

The Court has considered the motion and makes the following adjustments to the existing case schedule:

1.   The Case Management Conference currently scheduled for January 19, 2007, shall be

---

[1] This disposition is not designated for publication and may not be cited.

1  rescheduled for April 20, 2007.
2  2.   The deadline for filing an amended complaint per the Court's order on December 19,
3       2006, shall be April 20, 2007.[2]
4  3.   The settlement conference currently set for January 12, 2007, may be rescheduled and
5       shall occur on or before April 13, 2007.  The parties should schedule the exact date with
6       the presiding judge.

8       The Court will refer the discovery matter raised in this motion to the judge presiding over
9  discovery matters.

11 IT IS SO ORDERED.

16 DATED: 12/22/06

                                                         _____
19                                                       JEREMY FOGEL
                                                         United States District Judge

---

25  [2] Plaintiff does not seek this relief in the instant motion. However, the Court discussed this matter with Plaintiff at the hearing on December 15, 2006, and it was clear that Plaintiff desired such an extension. At that time, the Court instructed the Plaintiff to file any motion such as the present as soon as possible. The Court notes that it issued its order on December 19, 2006, the same date on which Plaintiff filed the motion. Accordingly, Plaintiff could not have been aware of the deadline in that order.

2

Case No. C 05-3387 JF (PVT)
ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND TO CHANGE TIME
(JFLC1)

1   This Order has been served upon the following persons:

2   Patrick C. Doolittle        patrickdoolittle@quinnemanuel.com

3   Scott G. Lawson             scottlawson@quinnemanuel.com,
                                robertchang@quinnemanuel.com
4
    Notice will be delivered by other means to:
5
    Mary Helen Woodson
6   475 Milan Drive, #102
    San Jose, CA 95134

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-3387 JF (PVT)
ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND TO CHANGE TIME
(JFLC1)