1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Original Filed 4/4/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARY HELEN WOODSON, | Case Number C 05-3387 JF (PVT) |
| Plaintiff, | ORDER[1] GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND TO CHANGE TIME |
| v. | |
| INTERNATIONAL BUSINESS MACHINES, et al., | [re: docket no. 78] |
| Defendants. | |

　　　Plaintiff moves to continue the case management conference currently scheduled for April 20, 2007 to July 20, 2007.  Plaintiff also moves to extend the current deadline for her filing of an amended complaint to July 20, 2007.[2]  Plaintiff declares that her medical condition has destabilized, rendering her unable to meet Court deadlines or to pursue this action effectively.

　　　The Court previously has extended deadlines in this case because of Plaintiff's ill health. While the Court appreciates the difficulty of Plaintiff's circumstances, it also must protect the

---

[1] This disposition is not designated for publication and may not be cited.

[2] Plaintiff also moves to change the date of the settlement conference to be held on April 6, 2007.  That motion will be referred to Judge Seeborg.

1  rights of the Defendants and ensure that the prosecution of this action does not become unduly

2  delayed.  Extensive delays, even if justified, may lead to dismissal of the action without

3  prejudice.

4       Accordingly, the Court concludes that it should grant the instant request to extend the

5  existing deadlines.  The case management conference is rescheduled for July 20, 2007 at 10.30

6  a.m.  Plaintiff shall file an amended complaint not later than July 20, 2007.

7

8  IT IS SO ORDERED.

9

10  DATED: April 4, 2007.

11

12  _____

13  JEREMY FOGEL
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   Patrick C. Doolittle            patrickdoolittle@quinnemanuel.com

3   Scott G. Lawson                 scottlawson@quinnemanuel.com,
                                    robertchang@quinnemanuel.com

4
    Notice will be delivered by other means to:
5
    Mary Helen Woodson
6   475 Milan Drive, #102
    San Jose, CA 95134
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3