QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP      **E-filed 12/10/07**
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
    patrickdoolittle@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MARY HELEN WOODSON,<br><br>                  Plaintiff,<br><br>          vs.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and DOES ONE through<br>TWENTY, Inclusive,<br><br>                  Defendant. | CASE NO. C 05-03387 JF (PVT)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DECEMBER<br>14,2007 CASE MANAGEMENT<br>CONFERENCE** |

          WHEREAS, there is currently a Case Management Conference in the above matter

scheduled before this Court on December 14, 2007 at 10:30 a.m.;

          WHEREAS, this Court entered an order on November 20, 2007 dismissing Plaintiff's

Second Amended Complaint After Consolidation with leave to amend;

          WHEREAS, this Court ordered Plaintiff to file an amended complaint within thirty days of

the date of the order;

          WHEREAS, there will not be an operative amended complaint on file before the December

14, 2007 Case Management Conference;

1    WHEREAS, should Defendant move to dismiss all or any part of the Third Amended

2  Complaint, the earliest date on which the hearing on such a motion could occur would be February

3  15, 2008;

4    WHEREAS the parties have agreed to continue the Case Management Conference to

5  February 15, 2008 at 10:30 a.m.; and

6    WHEREAS, the parties have not previously sought a continuance of the Case Management

7  Conference;

8    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that the

9  Case Management Conference is continued to February 15, 2008 at 10:30 a.m. in this Court.

10

11

12  Dated:  December 7, 2007            MARY HELEN WOODSON

13

14                          By  /s/ Mary Helen Woodson
                                Mary Helen Woodson
15

16  Dated:  December 7, 2007            QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
17

18

19                          By  /s/ Scott G. Lawson
                                Scott G. Lawson
20                              Attorneys for Defendant
                                International Business Machines Corporation
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14, 2007 CASE MANAGEMENT
CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **Order**

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

Dated:    12/7/07

_____
Jeremy Fogel
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14, 2007 CASE MANAGEMENT
CONFERENCE

1    **Signature Attestation**

2        I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above

3    **STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14,2007 CASE**

4    **MANAGEMENT CONFERENCE** and gave Quinn Emanuel permission to sign and file the

5    stipulation on her behalf.

6    Dated:  December 7, 2007            QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
7

8                                        By  /s/ Scott G. Lawson
9                                            Scott G. Lawson
                                             Attorneys for Defendant
10                                           International Business Machines Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14, 2007 CASE MANAGEMENT
CONFERENCE