QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
    patrickdoolittle@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

**E-filed 1/15/08**

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MARY HELEN WOODSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and DOES ONE through<br>TWENTY, Inclusive,<br><br>           Defendant. | CASE NO. C 05-03387 JF (PVT)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEADLINE TO<br>FILE RESPONSE TO THIRD AMENDED<br>COMPLAINT AFTER CONSOLIDATION<br>AND CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, on December 20, 2007, the parties entered into a stipulation extending

Plaintiff's deadline to file her Third Amended Complaint After Consolidation until December 27,

2007, and making IBM's response thereto due on January 11, 2008;

WHEREAS, there is currently a Case Management Conference scheduled for February 15,

2008 before this Court;

WHEREAS, the parties are currently in negotiations regarding settlement of the matter,

require additional time for those negotiations, and wish to postpone a response to Plaintiff's Third

Amended Complaint After Consolidation, any necessary hearing thereon, and the Case

Management Conference, to provide the parties additional time to negotiate;

1    WHEREAS, the parties have agreed to extend the deadline for IBM to respond to

2  Plaintiff's Third Amended Complaint After Consolidation until February 1, 2008;

3    WHEREAS, the parties agree that any hearing on IBM's response to Plaintiff's Third

4  Amended Complaint After Consolidation, if necessary, shall be scheduled no earlier than March

5  21, 2008;

6    WHEREAS, the parties agree to continue the case management conference until March 21,

7  2008 at 10:30 a.m.; and

8    WHEREAS, the parties have not previously sought an extension of IBM's deadline to

9  respond to Plaintiff's Third Amended Complaint After Consolidation.

10    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that

11  IBM's response to Plaintiff's Third Amended Complaint After Consolidation shall be due on

12  February 1, 2008, the Case Management Conference currently scheduled for February 15, 2008

13  shall be continued until March 21, 2008 at 10:30 a.m., and any hearing on IBM's response to

14  Plaintiff's Third Amended Complaint After Consolidation, if necessary, shall be scheduled no

15  earlier than March 21, 2008.

16

17  Dated:  January 11, 2008          MARY HELEN WOODSON

18

19                                       By  /s/ Mary Helen Woodson
                                          Mary Helen Woodson
20

21
    Dated:  January 11, 2008          QUINN EMANUEL URQUHART OLIVER &
22                                     HEDGES, LLP

23

24                                       By  /s/ Scott G. Lawson
                                          Scott G. Lawson
25                                        Attorneys for Defendant
                                          International Business Machines Corporation
26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION AND CONTINUING CASE MANAGEMENT CONFERENCE

## Order

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

Dated: 1/15/08

_____
Jeremy Fogel
United States District Judge

50951/2314336.150951/23
10495.1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION AND CONTINUING CASE MANAGEMENT CONFERENCE

1    **Signature Attestation**

2        I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above

3    **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE**

4    **RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** and gave

5    Quinn Emanuel permission to sign and file the stipulation on her behalf.

6    Dated:  January 11, 2008                      QUINN EMANUEL URQUHART OLIVER &
                                                    HEDGES, LLP
7

8                                              By  /s/ Scott G. Lawson

9                                                  Scott G. Lawson
                                                   Attorneys for Defendant
10                                                 International Business Machines Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION AND CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | |
| 2 | **<u>CERTIFICATE OF SERVICE</u>** |
| 3 | I am employed in the County of San Mateo, State of California. I am over the age of |
| 4 | eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139. |
| 5 | On **January 11, 2008**, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE** |
| 6 | **RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** on the parties in this action as follows: |
| 7 | |
| 8 | **BY MAIL:** On **January 11, 2008**, I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid. |
| 9 | |
| 10 | **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from andreaproberts@quinnemanuel.com on **January 11, 2008**, by transmitting a PDF format copy of |
| 11 | such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |
| 12 | |
| 13 | Mary Helen Woodson<br>475 Milan Drive, #102<br>San Jose, CA 95134 |
| 14 | Telephone: 408-944-9152 |
| 15 | Cell Phone: 408-206-4087<br>helenwoodson@gmail.com |
| 16 | |
| 17 | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 18 | Executed on **January 11, 2008**, at Redwood Shores, California. |
| 19 | |
| 20 | /s/ Andrea Pallios Roberts |
| 21 | Andrea Pallios Roberts |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

50951/1965572.1