QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
    patrickdoolittle@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendant
International Business Machines Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| MARY HELEN WOODSON,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and DOES ONE through TWENTY, Inclusive,<br><br>    Defendant. | CASE NO. C 05-03387 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** |

WHEREAS, on January 11, 2008, the parties entered into a stipulation extending IBM's deadline to respond to Plaintiff's Third Amended Complaint After Consolidation to February 1, 2008 and continuing the Case Management Conference scheduled for February 15, 2008 to March 21, 2008;

WHEREAS, the purpose for the parties' January 11, 2008 stipulation was that they were in negotiations regarding settlement of the matter, required additional time for those negotiations, and wished to postpone a response to Plaintiff's Third Amended Complaint After Consolidation to avoid any unnecessary increase in litigation costs that might affect the possibility of settlement;

WHEREAS, the parties have not yet settled the matter, but continue to be in negotiations regarding settlement, require additional time for those negotiations, and continue to wish to

postpone a response to Plaintiff's Third Amended Complaint After Consolidation and the related litigation expenses associated with such a response;

WHEREAS, the parties agree to extend the deadline for IBM to respond to Plaintiff's Third Amended Complaint After Consolidation until February 29, 2008;

WHEREAS, the parties agree that any hearing on IBM's response to Plaintiff's Third Amended Complaint After Consolidation, if necessary, shall be scheduled no earlier than April 4, 2008; and

WHEREAS, the parties are not requesting that the Case Management Conference, currently scheduled for March 21, 2008, at 10:30 a.m., be rescheduled (but do not object to its being moved if the Court should so desire).

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that IBM's response to Plaintiff's Third Amended Complaint After Consolidation shall be due on February 29, 2008 and any hearing on IBM's response to Plaintiff's Third Amended Complaint After Consolidation, if necessary, shall be scheduled no earlier than April 4, 2008.

Dated: January 31, 2008     MARY HELEN WOODSON

By /s/ Mary Helen Woodson
Mary Helen Woodson

Dated: January 31, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott G. Lawson
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

| | |
|---|---|
| 1 | **Order** |
| 2 | Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED. |
| 3 | Dated: 2/12/08 |
| 4 | Jeremy Fogel<br>United States District Judge |

**Signature Attestation**

I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** and gave Quinn Emanuel permission to sign and file the stipulation on her behalf.

Dated: January 31, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Scott G. Lawson
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **January 31, 2008**, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** on the parties in this action as follows:

**BY MAIL:** On **January 31, 2008**, I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from andreaproberts@quinnemanuel.com on **January 31, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134
Telephone: 408-944-9152
Cell Phone: 408-206-4087
helenwoodson@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 31, 2008**, at Redwood Shores, California.

        /s/ Andrea Pallios Roberts
        Andrea Pallios Roberts

50951/2373188.1