**E-filed 3/17/08**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
    patrickdoolittle@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MARY HELEN WOODSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and DOES ONE through TWENTY, Inclusive,<br><br>  Defendant. | CASE NO. C 05-03387 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** |

WHEREAS, IBM's response to plaintiff's Third Amended Complaint After Consolidation is currently due on March 14, 2008, pursuant to the parties' February 29, 2008 stipulation;

WHEREAS, the parties are in continuing negotiation regarding the final language of settlement documentation and agree that an extension of time for IBM to file its response to plaintiff's Third Amended Complaint After Consolidation would provide them the time to do so and avoid any unnecessary increase in litigation costs that might affect the possibility of settlement;

WHEREAS, the parties will appear before the Court at the Case Management Conference scheduled for March 21, 2008 and will be prepared to update the Court on the status of the negotiations at that time;

WHEREAS, due to the prolonged settlement discussions, the parties have entered into four prior stipulations regarding extensions of time for IBM's response to Plaintiff's Third Amended Complaint After Consolidation, most recently on February 29, 2008, the purpose of which was to allow the parties time to negotiate a settlement and then draft settlement documentation;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that IBM's response to Plaintiff's Third Amended Complaint After Consolidation shall be due on or before March 28, 2008.

Dated: March 13, 2008      MARY HELEN WOODSON

By /s/ Mary Helen Woodson
Mary Helen Woodson

Dated: March 13, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott G. Lawson
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

### Order

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

Dated:   3/17/08

Jeremy Fogel
United States District Judge

**Signature Attestation**

I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** and gave Quinn Emanuel permission to sign and file the stipulation on her behalf.

Dated: March 13, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Andrea Pallios Roberts
Andrea Pallios Roberts
Attorneys for Defendant
International Business Machines Corporation

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **March 13, 2008**, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** on the parties in this action as follows:

**BY MAIL:** On **March 13, 2008**, I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from andreaproberts@quinnemanuel.com on **March 13, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134
Telephone:  408-944-9152
Cell Phone:  408-206-4087
helenwoodson@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 13, 2008**, at Redwood Shores, California.

                                     /s/ Andrea Pallios Roberts
                                     Andrea Pallios Roberts

50951/2432926.1