1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP        **E-filed 4/22/08**
      Scott G. Lawson (Bar No. 174671)
2        scottlawson@quinnemanuel.com
      Patrick Doolittle (Bar No. 203659)
3        patrickdoolittle@quinnemanuel.com
      Andrea Pallios Roberts (Bar No. 228128)
4        andreaproberts@quinnemanuel.com
    50 California Street, 22nd Floor
5   San Francisco, California  94111
    Telephone:    (415) 875-6600
6   Facsimile:    (415) 875-6700

7   Attorneys for Defendant
    International Business Machines Corporation

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN JOSE DIVISION)

12  MARY HELEN WOODSON,                    CASE NO. C 05-03387 JF (PVT)

13          Plaintiff,                     **STIPULATION AND [PROPOSED]
                                           ORDER EXTENDING DEADLINE TO
14          vs.                            FILE RESPONSE TO THIRD AMENDED
                                           COMPLAINT AFTER CONSOLIDATION**
15  INTERNATIONAL BUSINESS MACHINES
    CORPORATION and DOES ONE through
16  TWENTY, Inclusive,

17          Defendant.

18

19          WHEREAS, on March 13, 2008, the parties executed a stipulation extending the deadline

20  for IBM to file its response to plaintiff's Third Amended Complaint After Consolidation to March

21  28, 2008 because the parties were in settlement negotiations;

22          WHEREAS, on March 21, 2008, the Court issued a thirty day stay to allow the parties time

23  to finalize a settlement agreement and scheduled a Case Management Conference for April 18,

24  2008;

25          WHEREAS, the parties are in continuing negotiation regarding the final language of the

26  settlement documentation;

27

28

50951/2475666.1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION

1    WHEREAS, on April 17, 2008, the Court issued a Clerk's Notice continuing the April 18,

2  2008 Case Management Conference until May 9, 2008 at 10:30 a.m. to allow the parties additional

3  time to finalize the settlement documentation;

4    WHEREAS, the parties agree than an extension of time for IBM to file its response to

5  plaintiff's Third Amended Complaint After Consolidation would provide them the time to finalize

6  the settlement agreement and avoid any unnecessary increase in litigation costs that might affect

7  the possibility of settlement; and

8    WHEREAS, due to the prolonged settlement discussions, the parties have entered into five

9  prior stipulations regarding extensions of time for IBM's response to Plaintiff's Third Amended

10  Complaint After Consolidation, most recently on March 13, 2008, the purpose of which was to

11  allow the parties time to negotiate a settlement and then draft settlement documentation;

12    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that

13  IBM's response to Plaintiff's Third Amended Complaint After Consolidation shall be due on or

14  before May 23, 2008.

15  Dated: April 17, 2008                    MARY HELEN WOODSON

16

17                                          By /s/ Mary Helen Woodson
                                               Mary Helen Woodson

18

19  Dated: April 17, 2008                    QUINN EMANUEL URQUHART OLIVER &
20                                          HEDGES, LLP

21

22                                          By /s/ Scott G. Lawson
                                               Scott G. Lawson
23                                             Attorneys for Defendant
                                               International Business Machines Corporation

24

25                                    **Order**

26    Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

27  Dated:    4/21/08

28                                          _____
                                            Jeremy Fogel
                                            United States District Judge

50951/2475666.1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION

1

**Signature Attestation**

2   I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above

3  **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE**

4  **RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** and gave

5   Quinn Emanuel permission to sign and file the stipulation on her behalf.

6   Dated: April 17, 2008                                QUINN EMANUEL URQUHART OLIVER &
                                                        HEDGES, LLP

7

8                                                        By /s/ Andrea Pallios Roberts
                                                           Andrea Pallios Roberts
9                                                          Attorneys for Defendant
                                                           International Business Machines Corporation
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT AFTER CONSOLIDATION

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **April 17, 2008**, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT AFTER CONSOLIDATION** on the parties in this action as follows:

**BY MAIL:**  On **April 17, 2008**, I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California.  The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from andreaproberts@quinnemanuel.com on **April 17, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134
Telephone:  408-944-9152
Cell Phone:  408-206-4087
helenwoodson@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 17, 2008**, at Redwood Shores, California.

　　　　　　　　　　　　　　　　　　　／s/ Andrea Pallios Roberts
　　　　　　　　　　　　　　　　　　　Andrea Pallios Roberts

50951/2475666.1