Plaintiff Mary Helen Woodson (*in pro per*)
475 Milan Drive #102
San Jose, California 95134
Telephone:   (408) 206-4087
Email:   helenwoodson@gmail.com

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
    patrickdoolittle@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

**E-filed 8/22/08**

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MARY HELEN WOODSON, | CASE NO. C 05-03387 JF (PVT) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 22, 2008 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and DOES ONE through TWENTY, Inclusive, | Date:   August 22, 2008<br>Time:   10:30 a.m.<br>Trial Date:   None Set |
| Defendant. | |

WHEREAS, Plaintiff Mary Helen Woodson and Defendant International Business Machines Corporation ("IBM") have agreed to the terms of a settlement agreement;

WHEREAS, a Case Management Conference in the above captioned matter is currently scheduled for August 22, 2008;

WHEREAS, the parties need additional time to complete the settlement payment and file a dismissal;

1   IT IS HEREBY STIPULATED by and between Plaintiff and IBM that the August 22,
2   2008 Case Management Conference shall be continued until October 24, 2008 at 10:30 a.m., to
3   allow the parties time to complete the settlement and dismiss the matter.
4
5   DATED: August 19, 2008
6
7                                           By /s/ Mary Helen Woodson
                                               Mary Helen Woodson
8
9
10  DATED: August 19, 2008              QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
11
12                                          By /s/ Scott G. Lawson
                                               Scott G. Lawson
13                                             Attorneys for Defendant
                                               International Business Machines Corporation
14

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: August 22, 2008

_____
Hon. Jeremy Fogel
United States District Judge

50951/2609257.1

STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 22, 2008 CASE MANAGEMENT CONFERENCE

### Signature Attestation

I hereby attest that Plaintiff Mary Helen Woodson read and agreed to the above **STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 22, 2008 CASE MANAGEMENT CONFERENCE** and gave Quinn Emanuel permission to sign and file the stipulation on her behalf.

Dated: August 19, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Scott G. Lawson
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **August 19, 2008**, I served true copies of the following document(s) described as  on the parties in this action as follows:

**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 22, 2008 CASE MANAGEMENT CONFERENCE**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from andreaproberts@quinnemanuel.com on **August 19, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134
Telephone:  408-944-9152
Cell Phone:  408-206-4087
helenwoodson@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 19, 2008**, at Redwood Shores, California.

　　　　　　　　　　　　　　 /s/ Andrea Pallios Roberts
　　　　　　　　　　　　　　Andrea Pallios Roberts

50951/2609257.1