1  Mary Helen Woodson (*in pro per*)
   475 Milan Drive #102
2  San Jose, California 95134
   Telephone:   (408) 944-9152
3  Email:       helenwoodson@gmail.com

4  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Scott G. Lawson (Bar No. 174671)
5      scottlawson@quinnemanuel.com
     Andrea Pallios Roberts (Bar No. 228128)
6      andreaproberts@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California  94111
   Telephone:   (415) 875-6600
8  Facsimile:   (415) 875-6700

9  Attorneys for Defendant
   International Business Machines Corporation
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          (SAN JOSE DIVISION)

| | |
|---|---|
| 14  MARY HELEN WOODSON, | CASE NO. C 05-03387 JF (PVT) |
| 15      Plaintiff, | [PROPOSED] ORDER AND STIPULATION REGARDING DISMISSAL OF ENTIRE CONSOLIDATED ACTION WITH PREJUDICE |
| 16      vs. | |
| 17  INTERNATIONAL BUSINESS MACHINES CORPORATION and DOES ONE through TWENTY, Inclusive, | |
| 19      Defendant. | |

20

21      IT IS HEREBY STIPULATED by and between plaintiff Mary Helen Woodson

22  ("Woodson") and defendant International Business Machines Corporation ("IBM"), through their

23  designated counsel, as follows:

24      1.    Woodson and IBM have agreed to settle all claims alleged in Woodson's action

25  assigned case number C05-03387 JF (PVT), and in Woodson's action assigned case number C05-

26  03939 JF (PVT), which were consolidated under case number C05-03387 JF (PVT) ("the

27  consolidated action").

28

50951/2622166.150951/2622166.150951/2622166.1

2.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a) and (c), Woodson and IBM hereby request that the Court order the consolidated action, and each and every claim asserted in each of the civil actions that together comprise the consolidated action, dismissed with prejudice.

3.  Each party shall bear its own costs and attorneys' fees in connection with all claims in the consolidated action.

DATED: September 2, 2008

By /s/ Mary Helen Woodson
Mary Helen Woodson

DATED: September 2, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Scott G. Lawson
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: 9/8/08

/s/ Jeremy Fogel
Hon. Jeremy Fogel
United States District Judge

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **September 5, 2008**, I served true copies of the following document(s) described as

**[PROPOSED] ORDER AND STIPULATION REGARDING DISMISSAL OF ENTIRE CONSOLIDATED ACTION WITH PREJUDICE**

on the parties in this action as follows:

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from andreaproberts@quinnemanuel.com on **September 5, 2008**, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Mary Helen Woodson
475 Milan Drive, #102
San Jose, CA 95134
Telephone: 408-944-9152
Cell Phone: 408-206-4087
helenwoodson@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 5, 2008**, at Redwood Shores, California.

_Andrea Pallios Roberts_
Andrea Pallios Roberts

50951/2613877.1